| Attorney or Party without Attorney:<br>BENJAMIN L. SINGER ESQ., Bar #264295<br>SINGER CASHMAN LLP<br>601 MONTGOMERY STREET, STE. 1950<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-500-6080     FAX No: 415-500-6080 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>28392-001 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Northern District Of California |

| Plaintiff: BUNSOW DE MORY LLP |
|---|
| Defendant: NORTH FORTY CONSULTING LLC |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:20-CV-04997-JSC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint-Redacted Version (X2); Complaint (Unredacted Version); Civil Cover Sheet; Notice Of Motion And Motion To Seal Portions Of Bunsow De Mory Llp's Complaint; Declaration Of Walter C. Pfeffer; [Proposed] Order Granting Motion To Seal Portions Of The Complaint; Plaintiff's Certification Of Interested Entities; Notice Of Electronic Filing; Consenting To The Jurisdiction Of A Magistrate Judge; General Order No. 72-5; Webinars Info; Civil Standing Order For Magistrate Judge Jacqueline Scott Corley; Settlement Conference Standing Order; Ecf Registration Information; Notice Of Assignment Of Case; Standing Order For All Judges; Order Setting Initial Case Management Conference And Adr Deadlines; Consent Or Declination To Magistrate Judge Jurisdiction

3. a. Party served: NORTH FORTHY CONSULTING LLC C/O HARVARD BUSINESS SERVICES, INC.-REGISTERED AGENT
   b. Person served: ALLISON RATHMANNER, AUTHORIZED TO ACCEPT, White, Female, 40-45 Years Old, Brown Hair, 5 Feet 6 Inches

4. Address where the party was served: 16192 COASTAL HIGHWAY
   LEWES, DE 19958

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jul. 30, 2020 (2) at: 10:08AM

7. Person Who Served Papers:                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LORI MILLAR                          d. The Fee for Service was:
   b. A & A LEGAL SERVICE, Inc.            e. I am:
      880 MITTEN ROAD, SUITE 102               (i) Independent Contractor
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

8. I declare under penalty of perjury under the laws ( that the foregoing is true and correct.

   Date: Thu, Jul. 30, 2020

                                                                    (LORI MILLAR)

Judicial Council Form                     PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                              besin.124288