UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNSOW DE MORY LLP,<br><br>  Plaintiff,<br><br>v.<br><br>NORTH FORTY CONSULTING LLC,<br><br>  Defendant. | Case No. 20-cv-04997-JSC<br><br>**ORDER FOLLOWING STATUS CONFERECE** |

Following the parties' March 23, 2021 status conference, the parties' ADR deadline is continued to April 30, 2021. The parties are referred to Magistrate Judge Susan van Kuelen for a settlement conference to take place during the last two weeks of April, on a day convenient to Judge van Kuelen. Further, the deadline to complete discovery already served or noticed is extended to June 2, 2021. The parties' joint written submission seeking clarification of this Court's Order Re: Plaintiff's Motion for Judgment on the Pleadings, (Dkt. No. 53), is due by April 1, 2021.

A further Case Management Conference is scheduled for April 8, 2021 at 1:30 p.m. to occur by Zoom videoconference. No further case management conference statement is required. The purpose of the conference will be to address the joint submission and ensure that each party has sufficient discovery to engage in a meaningful settlement conference.

**IT IS SO ORDERED.**

Dated: March 23, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge